## United States District Court for the Northern District of Illinois

Case Number: 08cv728                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            _____
                                         (Victim, Against and $ Amount)

☑ Writ  arrest warrant
        (Type of Writ)

__1__ Original and __1__ copies on __2-4-08__ as to  funds in the amount
                                      (Date)
of sixteen thousand three hundred twenty dollars ($16,320)
_____