| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MAR... | COURT CASE NUMBER<br>08 C 728 |
|---|---|---|
| DEFENDANT<br>FUNDS IN THE AMOUNT OF $16,320 | 08 FEB -5 AM 9:10<br>N. DIST. OF ILL. | TYPE OF PROCESS:<br>ARREST WARRANT *IN REM*;<br>VERIFIED COMPLAINT FOR<br>FORFEITURE; NOTICE OF<br>FORFEITURE (PUBLICATION);<br>DIRECT NOTICE OF FORFEITURE<br>PROCEEDINGS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>FUNDS IN THE AMOUNT OF $16,320 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>c/o Drug Enforcement Administration, 230 South Dearborn, 12th Floor, Chicago, Illinois 60604 ATTN: Peggy Fitzgerald |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: KATIE MILLER, AFU

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**FILED**
**MAR 1 2 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Personal service of funds required
07-DEA-488528 ($11,900)   PREPARED BY: K. MILLER

| Signature of Attorney or other Originator requesting service on behalf of:<br>DANIEL E. MAY, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(312) 353-5300 | DATE<br>02/04/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>Peggy Fitzgerald | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 3/3/08  Time: 140 pm |
| | Signature of U.S. Marshal or Deputy<br>James Nevits |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  2/12/08  10:00 am  Not In
3/3/08  11:30 am

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt