UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 728 |
| ) | |
| v. ) | Judge William T. Hart |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| SIXTEEN THOUSAND ) | |
| THREE HUNDRED TWENTY ) | |
| DOLLARS ($16,320) ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Marisa Caballero, as Chief Financial ) | |
| Officer of Nueva Generación Music Group, ) | |
| ) | |
| Claimant. ) | |

**MOTION OF THE UNITED STATES OF AMERICA
FOR ENTRY OF A STIPULATED DECREE OF FORFEITURE**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court for the entry of a stipulated decree of forfeiture. In support of this motion, the United States of America states as follows:

1. On February 1, 2008, the United States filed a verified complaint for forfeiture against funds in the amount of sixteen thousand three hundred twenty dollars ($16,320) in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and pursuant to 21 U.S.C. § 881(a)(6).

2. On February 4, 2008, the court issued a warrant of arrest *in rem* to be executed by the United States Marshal Service against the defendant funds.

3. On March 3, 2008, the United States Marshal executed the warrant of arrest *in rem* and personally served the defendant funds.

4.  The United States gave notice of this action to all known potential claimants and record owners by certified mail including Eric F. Galen, as attorney for Nueva Generación. A copy of the certificate of service is attached as Exhibit A.

5.  Pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, the United States Marshals Service published notice once beginning and ending on February 7, 2008, in the *Chicago Tribune,* directing that any claim be filed within 30 days of notice or the last date of publication and any answer be filed within 20 days of the filing of the claim. A copy of the certificate of publication is attached as Exhibit B. Additionally, notice of the civil judicial forfeiture proceeding was posted on an official government internet site for at least 30 consecutive days beginning on February 5, 2008. A declaration of publication is attached as Exhibit C.

6.  To date, no claim or answer has been filed for the defendant funds and the time for filing such a claim, answer or other responsive pleading has since expired under applicable law.

7.  Pursuant to the stipulated agreement executed by the United States and claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group, the parties agree that the defendant funds in the amount of $8,160 are forfeitable to the United States, and that upon the entry of a stipulated decree, the defendant funds in the amount of $8,160 shall be returned to claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group, through her attorney, Eric F. Galen. A copy of the stipulated settlement agreement is attached as Exhibit D.

8.  Based on the verified complaint for forfeiture and the attached affidavit of Special Agent Jack Howard of the United States Drug Enforcement Administration, the United States has

established that the defendant funds in the amount of $8,160 were furnished or intended to be furnished in exchange for a controlled substance, were the proceeds from the sale of a controlled substance, and were monies used and intended to be used to facilitate narcotics trafficking, in a violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq*., and are therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States requests that this court enter a stipulated decree of forfeiture in favor of the United States of America and against defendant funds in the amount of $8,160, declaring that the funds are forfeit to the United States for disposition according to law. A draft order is submitted herewith.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/Daniel E. May
      DANIEL E. MAY
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-8694

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION OF THE UNITED STATES OF AMERICA
FOR ENTRY OF A STIPULATED DECREE OF FORFEITURE**
and
**[PROPOSED] STIPULATED DECREE OF FORFEITURE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by facsimile on April 30, 2008, to the following non-ECF filers:

Eric F. Galen
The G Group, LLP
10100 Santa Monica Boulevard, Suite 300
Los Angeles, California 90067
Facsimile (323) 395-5722


s/Daniel E. May
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694