UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 728 |
| ) | |
| v. ) | Judge William T. Hart |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| SIXTEEN THOUSAND ) | |
| THREE HUNDRED TWENTY ) | |
| DOLLARS ($16,320) ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Marisa Caballero, Claimant ) | **CERTIFICATE OF SERVICE** |

I, Catherine A. Miller, a non-attorney, certify that on February 4, 2008, pursuant to Supp. R. For Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceedings and a copy of the Verified Complaint for Forfeiture in an envelope addressed to the following named individual, postage paid, and caused a copy of the foregoing envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois before the hour of 5:00 p.m.:

Eric F. Galen
10100 Santa Monica Boulevard, Suite 300
Los Angeles, California 90067

/s/ Catherine A. Miller
Catherine A. Miller

SUBSCRIBED and SWORN to before me
this 23rd day of April 2008.

/s/ Barbara Robertson
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11



GOVERNMENT EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Jerome Grant
C. Date of Delivery: 2-08

1. Article Addressed to:

Eric F. Galen
10100 Santa Monica Boulevard
Suite 300
Los Angeles, California 90067

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 1670 0007 6031 9694

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 C 728 |
|---|---|
| DEFENDANT<br>FUNDS IN THE AMOUNT OF $16,320 | TYPE OF PROCESS:<br>NOTICE OF FORFEITURE (PUBLICATION) |

RECEIVED U.S. MARSHAL
08 FEB -5 AM 9:10
N. DIST. OF ILL

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>UNITED STATES MARSHALS SERVICE |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>219 South Dearborn, Room 2444, Chicago, Illinois 60604 ATTN: Cynthia Villarruel |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: KATIE MILLER, AFU

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Please publish once in the *Chicago Tribune*. Notice will also be posted on the government website www.forfetiture.gov for 30 days.**

07-DEA-488528 ($11,900)   PREPARED BY: K. MILLER

RECEIVED FEB 12 2008 ASSET FORFEITURE

| Signature of Attorney or other Originator requesting service on behalf of:<br>DANIEL E. MAY, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(312) 353-5300 | 02/04/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 2/7/08  Time: 11:00 am |
| | Signature of U.S. Marshal or Deputy: Melody A Waldron |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

Published once in the Chicago Tribune on February 7, 2008

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt


GOVERNMENT EXHIBIT B

ARREST WARRANT *IN REM*

UNITED STATES DISTRICT COURT    No. 08 C 728

FOR THE    Judge Hart

**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*To the United States Marshals Service:*

Whereas, on the 1st of February, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

funds in the amount of sixteen thousand three hundred twenty dollars ($16,320),

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE  FEB - 4 2008 | CLERK   MICHAEL W. DOBBINS |
|  | (BY) DEPUTY CLERK   Janette Nunez |

Returnable _____ days after issue.

UNITED STATES MARSHALS SERVICE

| DISTRICT  Northern Illinois | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED  2/7/08 |
|---|---|
| U.S. MARSHAL  Kim R. Widup | (BY) DEPUTY MARSHAL  Melody A Waldron |



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (1) times(s) and on the following dates:

**Starting 02/07/08 and Ending 02/07/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 07TH day of February, 2008.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

960045

## NOTICE OF FORFEITURE ACTION

On February 1, 2008 the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against funds in the amount of $16,320, pursuant to the provisions of Title 21, United States Code, Section 881, and an Arrest Warrant in Rem was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions in Rem, direct notice of this action was sent to Eric F. Galen, as attorney for Nueva Generacion, on February 4, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case United States v. Funds in the Amount of $16,320, 08 C 728, by March 10, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture In Rem. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Daniel E. May at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

DATED: February 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. v. Funds in the Amount of $16,320<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   08 C 728<br>)<br>)<br>)<br>) |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 5, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2008.

_____
Katie Miller
Contract Forfeiture Paralegal



Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
COURT CASE NUMBER: 08 C 728; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$16,320.00 U.S. Currency (07-DEA-488528), which was seized from Marisa Caballero on August 19, 2007 at O'Hare Airport, 10000 W. O'Hare Drive, located in Chicago, IL

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 05, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 219 South Dearborn, 20th Floor, Chicago, IL 60604, and copies of each served upon Assistant United States Attorney Daniel E. May, 219 South Dearborn, Room 500, Chicago, IL 60604, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 5, 2008 and March 5, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

**U.S. v. $16,320**
**Court Case No:**    08 C 728
**For Asset ID(s):**    07-DEA-488528 $16,320.00 U.S. Currency

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/05/2008 | 23.4 | Verified |
| 2 | 02/06/2008 | 23.6 | Verified |
| 3 | 02/07/2008 | 23.6 | Verified |
| 4 | 02/08/2008 | 23.6 | Verified |
| 5 | 02/09/2008 | 23.2 | Verified |
| 6 | 02/10/2008 | 23.4 | Verified |
| 7 | 02/11/2008 | 23.6 | Verified |
| 8 | 02/12/2008 | 23.5 | Verified |
| 9 | 02/13/2008 | 23.3 | Verified |
| 10 | 02/14/2008 | 23.3 | Verified |
| 11 | 02/15/2008 | 23.7 | Verified |
| 12 | 02/16/2008 | 23.6 | Verified |
| 13 | 02/17/2008 | 23.6 | Verified |
| 14 | 02/18/2008 | 23.6 | Verified |
| 15 | 02/19/2008 | 23.5 | Verified |
| 16 | 02/20/2008 | 23.4 | Verified |
| 17 | 02/21/2008 | 23.4 | Verified |
| 18 | 02/22/2008 | 23.6 | Verified |
| 19 | 02/23/2008 | 22.5 | Verified |
| 20 | 02/24/2008 | 23.6 | Verified |
| 21 | 02/25/2008 | 23.6 | Verified |
| 22 | 02/26/2008 | 23.3 | Verified |
| 23 | 02/27/2008 | 23.7 | Verified |
| 24 | 02/28/2008 | 23.0 | Verified |
| 25 | 02/29/2008 | 23.2 | Verified |
| 26 | 03/01/2008 | 23.0 | Verified |
| 27 | 03/02/2008 | 23.0 | Verified |
| 28 | 03/03/2008 | 23.3 | Verified |
| 29 | 03/04/2008 | 21.8 | Verified |
| 30 | 03/05/2008 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Katie Miller in the Northern District of Illinois at 312-886-7657.