UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>　　　　　　　Plaintiff, </br></br>　　v. </br></br>FUNDS IN THE AMOUNT OF </br>SIXTEEN THOUSAND </br>THREE HUNDRED TWENTY </br>DOLLARS ($16,320) </br></br>　　　　　　　Defendant. </br></br>Marisa Caballero, as Chief Financial </br>Officer of Nueva Generación Music Group </br>　　　　　　　Claimant | No. 08 C 728 </br></br>Judge William T. Hart |

## STIPULATED AGREEMENT

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group, through her attorney Eric F. Galen, stipulate and agree as follows:

　　1.　　On February 1, 2008, the United States filed a verified complaint for forfeiture against funds in the amount of sixteen thousand three hundred twenty dollars ($16,320) in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and pursuant to 21 U.S.C. § 881(a)(6).

　　2.　　On August 19, 2007, the defendant funds had been seized from Marisa Caballero, Chief Financial Officer of Nueva Generación Music Group, by law enforcement officers located at and assigned to O'Hare International Airport in Chicago, Illinois.

　　3.　　It is hereby agreed that defendant funds in the amount of $8,160 are forfeitable to the

United States, that a stipulated decree of forfeiture be entered against defendant funds in the amount of $8,160, and that the funds be disposed of according to law.

4. It is also hereby agreed that upon the entry of a stipulated decree of forfeiture in this matter, defendant funds in the amount of $8,160 shall be returned to claimant Marisa Caballero, Chief Financial Officer of Nueva Generación Music Group, in full settlement and satisfaction of any and all claims in this matter.

5. Claimant Marisa Caballero, Chief Financial Officer of Nueva Generación Music Group, and her heirs, executors, administrators or assigns hereby agree that the United States shall release the sum of $8,160 in full settlement and satisfaction of any and all claims arising out of the seizure and forfeiture of the defendant funds.

6. Claimant Marisa Caballero, Chief Financial Officer of Nueva Generación Music Group, as well as her agents and assigns, agrees to release and hold harmless the United States and any agents, servants and employees of the United States, in both their individual and official capacities, or any state or local law enforcement agents acting in their individual or official capacity, from any and all claims, demands and causes of action which currently exist or which may arise as a result of the United States' investigation and seizure of, institution of forfeiture proceedings against, retention and disposition of the defendant currency.

7. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses.

8. The parties agree that the court shall retain jurisdiction over this action in order to implement and enforce this settlement.

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street, 5th floor
Chicago, Illinois 60604
(312) 353-8694

Date: 4-24-2008

By: *[signature]*
MARISA CABALLERO, Chief
Financial Officer of Nueva
Generación Music Group, claimant

Date: 4-24-08

By: *[signature]*
ERIC F. GALEN, attorney for claimant

Date: 4-29-08

3