Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 728 | DATE | 5/1/2008 |
| CASE TITLE | United States of America vs. Funds in the Amount of $16,320 | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff United States of America's motion for entry of a stipulated decree of forfeiture [7] is granted. It is ordered that defendant funds in the amount of $8,160 shall be returned to claimant Marisa Caballero. Court enters judgment of forfeiture in favor of the plaintiff and against defendant funds in the amount of $8,160.. It is hereby ordered that funds in the amount of $8,160 are forfeited to the United States of America and shall be disposed of by the U.S. Marshals Service according to law. Enter Stipulated Decree of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|