

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 728 |
| ) | |
| v. ) | Judge William T. Hart |
| ) | |
| FUNDS IN THE AMOUNT OF ) | |
| SIXTEEN THOUSAND ) | |
| THREE HUNDRED TWENTY ) | |
| DOLLARS ($16,320) ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Marisa Caballero, as Chief Financial ) | |
| Officer of Nueva Generación Music Group, ) | |
| ) | |
| Claimant. ) | |

## STIPULATED DECREE OF FORFEITURE

This cause coming before the court on the United States of America's motion for the entry of a stipulated decree of forfeiture, and due notice having been given, and the court having been fully advised in the premises, this court finds as follows:

(a) This *in rem* civil forfeiture case was commenced on February 1, 2008, by the filing of a verified complaint.

(b) Process was duly served and notice was published by the United States as required by Rule G(4)(a), Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions.

(c) Pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, the United States Marshals Service published notice once beginning and ending on February 7, 2008, in the *Chicago Tribune*, directing that any claim be filed within 30 days of notice or the last date of publication and any answer be filed within 20 days of the filing of

the claim. Additionally, notice of the civil judicial forfeiture proceeding was posted on an official government internet site for at least 30 consecutive days beginning on February 5, 2008.

    (d)    To date, no claim or answer has been filed for the defendant funds and the time for filing such a claim, answer or other responsive pleading has since expired under applicable law.

    (e)    Pursuant to the stipulated agreement executed by the United States and claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group, the parties agree that the defendant funds in the amount of $8,160 are forfeitable to the United States, and that upon the entry of a stipulated decree, the defendant funds in the amount of $8,160 shall be returned to claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group, through her attorney, Eric F. Galen.

    (f)    Based on the verified complaint for forfeiture and the attached affidavit of Special Agent Jack Howard of the United States Drug Enforcement Administration, the United States has established that the defendant funds in the amount of $8,160 were furnished and intended to be furnished in exchange for a controlled substance, were the proceeds from the sale of a controlled substance, and were monies used and intended to be used to facilitate narcotics trafficking, in violation of the Controlled Substances Act, and therefore, are forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

    1.    A judgment of forfeiture is hereby entered against the defendant funds in the amount of $8,160. It is further ordered,

    2.    That, the defendant funds in the amount of $8,160 shall be returned to claimant Marisa Caballero, as Chief Financial Officer of Nueva Generación Music Group. It is further

ordered,

3. That, all other persons or entities claiming right, title or interest in the aforementioned funds are held in default. It is further ordered,

4. That, defendant funds in the amount of $8,160 are hereby forfeit to the United States of America pursuant to 21 U.S.C. § 881(a)(6) and shall be disposed of by the United States Marshal according to law. It is further ordered,

5. That, this court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement this order.

ENTERED:

WILLIAM T. HART
United States District Judge

DATED: 5/1/08